<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 97-2277**

---

In Re: WAYNE HAROLD WILLIAMSON,

Petitioner.

---

On Petition for Writ of Mandamus.

---

Submitted: October 23, 1997          Decided: November 13, 1997

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Wayne Harold Williamson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne Harold Williamson filed this petition for a writ of mandamus requesting this court to intervene in state court proceedings. Because we have no general power to compel action by state officials, we deny the petition. See Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988). We further deny Williamson's motion entitled "Praecipe to the Clerk" and deny as moot his "Motion to the Court for Immediate Judicial Review." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED